**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lyon Financial Services, Inc.

Plaintiff,

Civil 01-1449 PAM/JGL

v.

**ORDER OF DISMISSAL**

Bio Med Tech Consultants, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December 17 , 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

DEC 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK