# 'nited States District Cou

# District of Minnesota

Lyon Financial Services, Inc.

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1449PAM/JGL

Bio Med Tech Consultants, et al

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendants the sum of $81,250 plus interest charges at $17.81 per day from 1/1/02 and costs of $1,985 for a grand total of $85,235.

RICHARD D. SLETTEN, CLERK

DATED: February 12, 2003

By Denise LaFond

Denise LaFond, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 81,250.00 |
| Costs and disbursements | $ 1,985.00 |
| **TOTAL JUDGMENT** | $ 84,235.00 |

19