**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-1449 (PAM/JGL)

---

Lyon Financial Services, Inc.,

Plaintiff,

vs.

Bio Med Tech Consultants, and
Ramachandran Srinivasan,

Defendants.

**ORDER FOR JUDGMENT**

---

A review of the pleadings and affidavits filed in this case shows that Defendant Ramachandran Srinivasan, for consideration and with full awareness of the legal consequences, made a voluntary, knowing and intelligent waiver of the right to notice and a prejudgment hearing on the merits of Plaintiff's claim, that this case is not one of unequal bargaining power or overreaching, and that Plaintiff has established prima facie a claim and is entitled to judgment pursuant to the Settlement Agreement and Confession of Judgment.

NOW THEREFORE IT IS Ordered, Adjudged and Decreed, that in accordance with the Settlement Agreement and Confession of Judgment signed by Defendant and dated August 21, 2001, judgment by confession is entered in favor of Plaintiff and against Defendant Ramachandran Srinivasan in the sum of $81,250.00, plus pre-judgment interest charged as agreed by the parties of $7,266.48, and costs of $2,985.00 for a total of $91,501.48, with interest accruing at the statutory rate for judgments from the date of this judgment.

Dated: October 10, 2003

Judge of United States District Court

OCT 14 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 14 2003
DEPUTY CLERK